197 F.2d 524
 SOUTHWEST TELEPHONE COMPANY,
v.
Glen FIRESTONE, Administrator of the Estate of Wauwiece
Thornton, deceased.
 No. 4455.
 United States Court of Appeals Tenth Circuit.
 June 9, 1952.
 
 Charles Vance, Liberal, Kan., for appellant.
 Russell L. Hazzard, Dodge City, Kan., and Otto Smith, Clovis, N. Mex., for appellee.
 Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed June 9, 1952, on motion of the parties.